No. D–1325. IN RE DISBARMENT OF SAVOCA. It is ordered that Victor V. Savoca, of Commack, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1326. IN RE DISBARMENT OF LOBAR. It is ordered that Mark Alan Lobar, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1327. IN RE DISBARMENT OF WOLFE. It is ordered that Mark Gregory Wolfe, of Reston, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1328. IN RE DISBARMENT OF CARVER. It is ordered that Thomas Henry Carver, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1329. IN RE DISBARMENT OF KRINDLE. It is ordered that Daniel Jason Krindle, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1330. IN RE DISBARMENT OF BUTLER. It is ordered that Vincent Arthur Butler, of Calverton, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–5212. O'CONNOR v. CHICAGO TRANSIT AUTHORITY ET AL. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 807] denied.